UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

GARY FARLEY, as Administrator of the
Estate of LARRY G. FARLEY, deceased,

                      Plaintiffs,

                                                  CERTIFICATE OF MERIT

THE UNITED STATES OF AMERICA,

                      Defendant.

-----------------------------------------------------------------------------------------------------------

    I, John F. Harwick, Esq., of E. Stewart Jones Hacker Murphy, LLP attorneys for the plaintiffs in this action, have reviewed the facts of this case and have consulted with at least one board certified physician who is qualified to render an opinion in this case and who I reasonably believe is knowledgeable in the relevant issues involved in this action. On the basis of such a review and consultation, I believe there is a reasonable basis for the commencement of this action.

DATED: May 1, 2018

                                                  _____
                                                  JOHN F. HARWICK, ESQ.
                                                  E. STEWART JONES HACKER MURPHY, LLP
                                                  *Attorneys for Plaintiff*
                                                  28 Second Street
                                                  Troy, New York 12181
                                                  Tel. No.: (518) 213-0113