# UNITED STATES DISTRICT COURT

for the

Western District of New York

| | |
|---|---|
| GARY FARLEY, as Administrator of the Estate of LARRY G. FARLEY, deceased | ) ) ) ) |
| *Plaintiff* | ) |
| v. | )     Civil Action No. |
| THE UNITED STATES OF AMERICA | ) ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE UNITED STATES OF AMERICA
United States Attorney's Office for the Western District of New York
138 Delaware Avenue
Buffalo, New York 14202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
                                                 *Signature of Clerk or Deputy Clerk*