**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**



Index #:18-cv-498V
Date filed: 05/02/2018

| Plaintiff(s): | Gary Farley, as Administrator of the Estate of Larry G. Farley, deceased |
| --- | --- |
| Defendant(s): | The United States of America |

State of New York - County of Erie    ss.:

**Jason Lanning**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York.

On **05/25/2018** at **12:50 PM**, I served the within Summons and Complaint; Certificate of Merit; Civil Cover Sheet on

**The United States of America** at **United States Attorney's Office for the Western District of New York, 138 Delaware Avenue, Buffalo, NY 14202** in the manner indicated below:

**GOVERNMENTAL SERVICE:** By delivering a true copy of said documents to **Mark Witzleben,** Authorized Agent of said agency. The undersigned asked the recepient if he/she was authorized to accept on behalf of the defendant and received an affirmative reply.

A description of the recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
| --- | --- | --- | --- | --- | --- |
| male | white | brown | 41 | 5 ft 10 in | 190 |
| Other Features: | | | | | |

Sworn to and subscribed before me on 5/29/18     X_____
                                                 Jason Lanning

JULIE GOODWIN
NOTARY PUBLIC STATE OF NEW YORK
QUALIFIED IN ERIE COUNTY
LIC. #01GO6163926
COMM. EXP. 04/09/2019

**-MAILING-**

State of New York - County of Steuben    ss.:

**Marnee Ryan**, being duly sworn, deposes and says that I am over the age of eighteen and not a party to this action. I reside in NYS. On **05/25/2018**, deponent enclosed a copy of the Summons and Complaint; Certificate of Merit; Civil Cover Sheet to **The United States of America** at 950 Pennsylvania Ave NW, Washington DC 20530 by certified mail, certified mail number: 9407111899220559363093

Sworn to and subscribed before me on 05/25/2018     X_____
                                                    Marnee Ryan

Holly Scovell
Notary Public #01SC6365384
State of New York - County of Steuben
Commission Expires October 10, 2021

E. Stewart Jones Hacker Murphy, LLP - 28 Second Street - Troy, NY 12180

The Chase Agency LLC

[illegible] GOODWIN
[illegible] STATE OF NEW YORK
[illegible] COUNTY
[illegible]
COMM. EXP. [illegible]