UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

GARY FARLEY, as Administrator of the
Estate of LARRY G. FARLEY, deceased,

                                      Plaintiffs,      **AFFIDAVIT OF SERVICE**

-against-

                                                                  Case No. 18-cv-498V

THE UNITED STATES OF AMERICA,

                                      Defendants.

---

STATE OF NEW YORK        )
COUNTY OF RENSSELAER ) SS.:

    DEANNA M. DUDLEY, being duly sworn, deposes and says: that she is over the age of 18 years and not a party to this action; that she mailed the within **SUMMONS, CIVIL COVER SHEET, COMPLAINT, CERTIFICATE OF MERIT** by <u>**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**</u>, on the 6th day of June, 2018, upon:

    U.S. Attorney General
    U.S. Department of Justice
    Attn: Service of Process – Civil Lawsuit
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001
        Certified Mail#:  9214 7901 9121 8808 0023 30

by depositing a true and correct copy of the same properly enclosed in a post-paid wrapper in the Post Office maintained and exclusively controlled by the United States at Troy, NY directed to said individual and/or attorney(s), respectively, at said address(es), mentioned above, that being the address(es) within the state designated for that purposes upon the last papers served in this action or the place where the above then resided or kept offices, according to the best information which can be conveniently obtained.

                                                                    DEANNA M. DUDLEY

Sworn to before me on the
6th day of June, 2018.

Notary Public - State of New York

        SILVIA C. FEBUS
NOTARY PUBLIC - STATE OF NEW YORK
       NO. 01-FE4943667
QUALIFIED IN SCHENECTADY COUNTY
MY COMMISSION EXPIRES OCT. 31, 20__